DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAWRENCE T. REID, JR.**,
Appellant,

v.

**GUARDIANSHIP OF MARGARET REID,** Incapacitated Ward,
Appellee.

No. 4D17-2025

[May 17, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 502014GA000267XXXXMB.

Lawrence T. Reid, Jr., Boca Raton, pro se.

Jami L. Huber of Jami L. Huber, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***